**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01303-AP

JASON A. HUSBAND,

        Plaintiff,

  v.

MICHAEL J. ASTRUE,
 Commissioner of Social Security,

        Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Patrick C.H. Spencer, II | JOHN F. WALSH |
| 830 Tenderfoot Hill Road, Suite 320 | United States Attorney |
| Colorado Springs, CO 80906 | |
| Telephone (719) 632-4808 | WILLIAM G. PHARO |
| E-mail: Patrick@2spencers.com | Assistant United States Attorney |
| | United States Attorney's Office |
| | District of Colorado |
| | William.Pharo@usdoj.gov |
| | |
| | THAYNE WARNER |
| | Special Assistant United States Attorney |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1001 Seventeenth Street |
| | Denver, CO 80202 |
| | Telephone: (303) 844-7237 |
| | thayne.warner@ssa.gov |

**2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.      DATES OF FILING OF RELEVANT PLEADINGS**

|   |   |   |
|---|---|---|
| A. | **Date Complaint Was Filed:** | May 18, 2012 |
| B. | **Date Complaint Was Served on U.S. Attorney's Office:** | May 23, 2012 |
| C. | **Date Answer and Administrative Record Were Filed:** | July 23, 2012 |

**4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate. However, the Plaintiff reserves the right to supplement the record if necessary at the time of the Opening Brief.

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.      STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7.      OTHER MATTERS**

There are no other matters anticipated.

**8.      BRIEFING SCHEDULE**

Due to a scheduling conflict with another case, Plaintiff requests an additional 4 days in which to file his Opening Brief. Defendant does not object to that change.

|   |   |   |
|---|---|---|
| A. | **Plaintiff's Opening Brief Due:** | September 28, 2012 |
| B. | **Defendant's Response Brief Due:** | October 29, 2012 |
| C. | **Plaintiff's Reply Brief (If Any) Due:** | November 14, 2012 |

**9.      STATEMENTS REGARDING ORAL ARGUMENT**

A.      **Plaintiff's Statement:**  Plaintiff does not request oral argument.
B.      **Defendant's Statement:**  Defendant does not request oral argument.

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.     OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 14th day of August, 2012.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| /s/ Patrick C.H. Spencer, II | JOHN F. WALSH |
|---|---|
| 830 Tenderfoot Hill Road, Suite 320 | United States Attorney |
| Colorado Springs, CO 80906 | WILLIAM G. PHARO |
| Telephone (719) 632-4808 | Assistant United States Attorney |
| E-mail: Patrick@2spencers.com | United States Attorney's Office |
| Attorney for Plaintiff | District of Colorado |
| | William.Pharo@usdoj.gov |
| | |
| | By: /s/ M. Thayne Warner |
| | M. Thayne Warner |
| | Special Assistant United States Attorney |
| | 1001 Seventeenth Street |
| | Denver, Colorado  80202 |
| | Telephone:  (303) 844-7237 |
| | thayne.warner@ssa.gov |
| | Attorneys for Defendant |