**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  12-cv-01303-WJM

JASON A. HUSBAND,

    Plaintiff,

v.

CAROLYN W. COLVIN[1], Commissioner of Social Security,

    Defendant.

---

FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Reversing Administrative Law Judge's Decision and Remanding Case to Commissioner, entered by the Honorable William J. Martínez, United States District Judge, on May 30, 2013,

IT IS ORDERED that the Commissioner's decision is REVERSED and this case is REMANDED to the Commissioner for rehearing.

Dated at Denver, Colorado this ___31st___ day of May, 2013.

                                          BY THE COURT:
                                          JEFFREY P. COLWELL, CLERK

                                          By: __s/ Edward P. Butler_____
                                          Edward P. Butler, Deputy Clerk

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin, who as of Feb. 14, 2013 has been named as the Acting Commissioner, is automatically substituted for Michael J. Astrue as the defendant in this suit.