**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-01303-WJM

JASON A. HUSBAND,

       Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

       Defendant.

---

**ORDER GRANTING STIPULATED MOTION FOR EQUAL ACCESS TO JUSTICE ACT ATTORNEY'S FEES**

---

       This matter is comes before the Court on the Parties' Stipulated Motion for Equal Access to Justice Act Attorney's Fees, filed July 18, 2013 (ECF No. 23).  The Court having reviewed the Motion and being fully advised hereby Orders as follows:

       The Parties' Stipulated Motion is GRANTED.  Plaintiff's request for attorney's fees of $6,800.00 under EAJA, 28 U.S.C. § 2412 is GRANTED. Payment shall be made to Plaintiff directly, care of his attorney, at:

       Patrick C.H. Spencer, Esquire
       Spencer & Spencer, P.C.
       830 Tenderfoot Hill Road, Ste. 320
       Colorado Springs, CO 80906

Dated this 22nd day of July, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge